UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Digi International, Inc.,

Plaintiff,

v.

Stallion Technologies, Inc.,

Defendant.

Civil No. 00-2565 JRT/FLN

NOTICE OF INITIAL PRETRIAL CONFERENCE

---

DAVID W. BEEHLER, Esq., ROBINS, KAPLAN, MILLER & CIRESI, for plaintiff.

BRIDGET A. SULLIVAN, Esq., MARK P. WINE, Esq., and CYNTHIA A. LOCK, Esq., OPPENHEIMER, WOLFF & DONNELLY, for defendant.

---

If any parties or counsel are not listed, counsel for plaintiff(s) shall provide them with a copy of this Notice.

I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16.2 of the Local Rules of Procedure for the District of Minnesota, an initial pretrial conference in the above captioned matter will be held on February 13, 2001, at 9:00 a.m. before Magistrate Judge Franklin L. Noel in chambers at Suite 9W United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

II. MEETING AND REPORT REQUIRED BY RULE 26(f)

A. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person within 10 days of the date of this Notice, or at such later date agreed to by



JAN 0 8 2001

the parties, but in NO event later than 14 days before the scheduled initial pretrial conference. At the meeting, counsel shall discuss the nature and basis of their claims and defenses, and the possibilities for a prompt settlement or resolution of the case.

B . If the case does not settle, counsel shall make or arrange for the disclosures required by Fed.R.Civ.P. 26(a)(1), and shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court. Requests to conduct the pretrial conference with the court by telephone are disfavored but will be considered if substantial travel would otherwise be involved. Such requests should be made in conformity with Local Rule 7.3 and called to the court's attention by calling chambers at least three (3) days before the scheduled conference. Counsel shall also deliver to chambers of this Court, Suite 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, a copy of the Report. The Report shall be filed within 10 days after counsel have met pursuant to Rule 26(f).

III. CONSENT TO EXERCISE OF JURISDICTION BY THE MAGISTRATE JUDGE PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 636(c)

At least five (5) days before the date of the pretrial conference, counsel shall return the enclosed form to Lou Jean Gleason, Calendar Clerk for Judge Tunheim, indicating whether or not they consent to have this matter tried before the Magistrate Judge. This form need not be served on opposing counsel. The form shall be returned to Ms. Gleason whether the party does or does not consent. Send the form to:

Lou Jean Gleason
Calendar Clerk to Judge Tunheim

United States Courthouse, Suite 13E
300 South 4th Street
Minneapolis, MN 55415

DATED: January 5, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil

Plaintiff,

v.

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Defendant.

---

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily [DOES] [DOES NOT] (cross out which ever does not apply) consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

DATE: ____________________ ________________________________
Signature

Counsel for ____________________

NOTE: Return this form to Lou Jean Gleason in the office of the Clerk of Court whether or not you consent to jurisdiction by a magistrate judge. Do not send a copy of this form to any district judge or magistrate judge.