2516604

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-2565 JRT/FLN **Case Title:** Digi Int'l vs. Stallion Technologies

**Affidavit of Movant**

I, BRIDGET SULLIVAN, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice ~~Hourizadeh~~ Ellie, an attorney admitted to practice in the ________ District of Minnesota, but not admitted to the bar of this court, who will be counsel for the ()plaintiff ()defendant Stallion Technologies in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Bridget A. Sullivan — Signature
265974 — MN Attorney License #
4/13/01 — Date

**Affidavit of Proposed Admittee**

I, Ellie Hourizadeh, am currently a member in good standing of the U.S. District Court for the CENTRAL District of CALIFORNIA, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Ellie Hourizadeh — Type/Print Name
E. Hourizadeh — Signature
4/11/01 — Date

Attorney License Number: 204627

Law Firm Name & Address: Oppenheimer, Wolff & Donnelly
2029 Century Park East, Suite 3800
Los Angeles, CA 90067

Telephone: (310) 788-5000

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

APR 23 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED APR 23 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________