**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Digi International, Inc., a Delaware Corporation authorized to do business in Minnesota,

Plaintiff,

v.

Stallion Technologies, Inc., a California Corporation,

Defendant.

Court File No. 00-2565 JRT/FLN

**STIPULATION AND PROPOSED ORDER TO AMEND COMPLAINT**

Plaintiff Digi International, Inc. ("Digi") and defendant Stallion Technologies, Inc. ("Stallion") stipulate to the following, subject to the Court's approval:

1. Digi may serve and file an Amended Complaint in the form attached hereto as Exhibit A. In the Amended Complaint, Digi identifies two additional products of Stallion, specifically the Extend software and ePipe, which Digi believes infringes U.S. Patent No. 6,047,319 ("the '319 patent").

2. Stallion may serve and file an Answer to Digi's Amended Complaint on or before 20 days after Digi serves and files the Amended Complaint.



FILED MAY 2 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5-15-01

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By ______________________

David W. Beehler (#190792)
William A. LeMire (#20304X)
Misti Nelc (#0296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF DIGI INTERNATIONAL, INC.**

Dated: 5/14/01

**OPPENHEIMER, WOLFF & DONNELLY LLP**

By ______________________

Bridget A. Sullivan
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

and

Mark P. Wine
Cynthia A. Lock
**Oppenheimer, Wolff & Donnelly LLP**
2029 Century Park East, Suite 3800
Los Angeles, CA 90067

**ATTORNEYS FOR DEFENDANT STALLION TECHNOLOGIES, INC.**

**IT IS SO ORDERED.**

Dated this 29 day of May, 2001.

______________________

Franklin L. Noel
United States Magistrate Judge