**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Digi International, Inc., a Delaware Corporation authorized to do business in Minnesota,

Plaintiff,

v.

Stallion Technologies, Inc., a California Corporation,

Defendant.

Court File No. 00-2565 JRT/FLN

**STIPULATION AND PROPOSED ORDER TO STRIKE CERTAIN DEFENSES FROM STALLION'S ANSWER**

**WHEREAS**, Stallion, in its Answer, alleges as an affirmative defense that each of Digi's claims are barred by Digi's unclean hands (Stallion's 12/20/00 Answer, at page 3, ¶ 2);

**WHEREAS**, Stallion, in its Answer, also alleges as an affirmative defense that each of Digi's claims are barred by the doctrines of estoppel, waiver, and laches (Stallion's 12/20/00 Answer, at page 3, ¶ 4.c);

**WHEREAS**, Stallion informed Digi that Stallion withdraws its affirmative defenses of unclean hands, estoppel, and laches in a letter from Stallion's counsel to Digi's counsel on June 1, 2001;

**WHEREAS**, Stallion informed Digi that Stallion withdraws its affirmative defense of waiver;

**THE PARTIES HEREBY STIPULATE AND AGREE** to strike Stallion's affirmative defenses of unclean hands, estoppel, waiver, and laches from Stallion's Answer to Digi's Complaint, filed December 20, 2000.



FILED JUL 2 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 7/17/01

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By ______________________
David W. Beehler (#190792)
William A. LeMire (#20304X)
Misti Nelc (#0296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**DIGI INTERNATIONAL, INC.**

Dated: 7/10/01

**OPPENHEIMER, WOLFF & DONNELLY LLP**

By ______________________
Bridget A. Sullivan
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

and

Mark P. Wine
Cynthia A. Lock
**Oppenheimer, Wolff & Donnelly LLP**
2029 Century Park East, Suite 3800
Los Angeles, CA 90067

**ATTORNEYS FOR DEFENDANT**
**STALLION TECHNOLOGIES, INC.**

**IT IS SO ORDERED.**

Dated this 23d day of July, 2001.

Franklin L. Noel
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500