UNITED STATES DISTRICT COURT
District of Minnesota

ORIGINAL

421385

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-2565

**Affidavit of Movant**

I, Misti Nelc, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John Victor Swinson, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( X )Plaintiff ( )Defendant Digi International, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: M Nelc
Date: 11/13/01

Minnesota Attorney License Number: 0296090
Law Firm Name & Address: Robins, Kaplan, Miller & Ciresi, L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500 Fax: (612) 339-4181

**Affidavit of Proposed Admittee**

I, John Victor Swinson, am currently a member in good standing of the bar of the U.S. District Court for the Southern District of New York, but am not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

John Victor Swinson — Type/Print Name
Signature
November 13, 2001 — Date

Attorney License Number: 2457703
Law Firm Name & Address: Mallesons Stephen Jaques
1 Eagle Street, Brisbane, Queensland, Australia

Telephone: (+61 7) 3244 8050 Fax: (+61 7)3244 8999

Case Number: 00-2565 Judge Assigned: JRT/FLN
Case Title: Digi International, Inc. v. Stallion Technologies, Inc.

Motion Granted:
For the Court, Francis E. Dosal, Clerk
Date: JAN 04 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**St. Paul, Minnesota 55101**

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2302437.1