**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Digi International, Inc., a Delaware Corporation authorized to do business in Minnesota,

Plaintiff,

vs.

Stallion Technologies, Inc., a California Corporation,

Defendant.

Court File No. 00-2565 JRT/FLN

**STIPULATION**

WHEREAS, Plaintiff Digi International, Inc. ("Plaintiff") filed a Motion to Compel and a Motion to Modify Protective Order on December 21, 2001 and served its motion papers on Stallion Technologies, Inc. ("Defendant") on December 21, 2001; and

WHEREAS, the Court has scheduled the motions to be heard on January 7, 2001; and

WHEREAS, the parties have agreed that Defendant may have until January 4, 2002 to file and serve its response,

The parties hereby request that the Court re-schedule the motions to be heard on January 11, 2001 or at the date most convenient for the Court thereafter.

FILED JAN
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 31, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________________

Ernest W. Grumbles, (#274793)
Bridget A. Sullivan, (#265974)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Tele: (612) 607-7200
Fax: (612) 607-7100

Mark P. Wine, (#0117936)
Cynthia A. Lock, (#173068)
Ellie Hourizadeh, (#204627)
2029 Century Park East, Suite 3800
Los Angeles, California 90067
(310) 788-5000

**ATTORNEYS FOR DEFENDANT STALLION TECHNOLOGIES, INC.**

Dated: 12/31/01

**ROBINS, KAPLAN, MILLER & CIRESI, LLP**

By: ______________________________

David W. Beehler, (#190792)
William A. LeMire, (#20304X)
Cole M Fauver, (#243139)
Misti Nelc, (#296090
3300 Plaza VII Bldg.
45 South Seventh Street
Minneapolis, MN 55402
Tele: (612) 607-7200
Fax: (612) 607-7100

**ATTORNEYS FOR PLAINTIFF DIGI INTERNATIONAL, INC.**

**ORDER**

Based upon the stipulation submitted to the Court by the parties, the Court grants the request. Stallion must file its response to Digi's Motion to Compel and Motion to Modify Protective Order by January 4, 2002. The previous hearing date of January 7, 2002 has been removed from the Court's schedule. The Court will advise the parties of the next available hearing date and time.

Dated: 1/15, 2002

The Honorable Franklin L. Noel
Chief United States Magistrate Judge



TC2: 562622 v01 12/31/2001