UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Digi International, Inc.,

Plaintiff,

v.

Stallion Technologies, Inc.,

Defendant.

Civil No. 00-2565 JRT/FLN

**ORDER**

---

Cole M. Fauver, Esq., & Misti Nelc, Esq., for Plaintiff.
Ernest W. Grumbles, Esq., & Mark Wine, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on January 14, 2002, on: (1) the Parties' Joint Motion to Modify Certain Dates in the Pretrial Order [#21]; (2) Plaintiff's Motion to Modify the Protective Order [#23]; and (3) Plaintiff's Motion to Compel Discovery [#26].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Parties' Joint Motion to Modify Certain Dates in the Pretrial Order [#21] is **GRANTED in its entirety** as follows:

   a. All discovery shall be completed by May 2, 2002.

   b. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      i. By both parties on or before May 30, 2002, with respect to initial experts;

      ii. By both parties on or before June 30, 2002, with respect to rebuttal experts;

   c. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

FEB 0 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

i. By both parties on or before June 30, 2002, with respect to initial expert reports;

ii. By both parties on or before July 30, 2002, with respect to rebuttal expert reports;

d. Each party may depose no more than 5 expert witnesses on or before September 29, 2002;

e. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by September 29, 2002;

f. All dispositive motions shall be filed prior to October 29, 2002;

g. This case shall be ready for trial no later than November 30, 2002, at which time it will be placed on the Court's jury trial calendar.

2. Plaintiff's Motion to Modify the Protective Order [#23] is **DENIED**;

3. Plaintiff's Motion to Compel Discovery [#26] is **GRANTED in its entirety** as follows:

a. Defendant shall supplement its answers to Plaintiff's Interrogatories Nos 4-6 & 9, on or before January 25, 2002;

b. Defendant shall produced documents responsive to Plaintiff's Document Requests Nos. 2-6, including information pertaining to Defendant's ePipe device, on or before January 25, 2002;

c. Defendant shall produce the 1-2 inches of unidentified documents discussed during the December 3, 2001, discovery conference, forthwith, or at the scheduled depositions on January 15, 2002.

DATED: Feb 6, 2002.

Franklin L. Noel

FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE