**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Digi International, Inc., a Delaware Corporation authorized to do business in Minnesota,

Plaintiff,

v.

Stallion Technologies, Inc., a California Corporation,

Defendant.

---

Court File No. 00-2565 JRT/FLN

[redacted] **ORDER**

This matter came on for hearing before this Court on Plaintiff Digi International, Inc.'s Motion for Leave to File Second Amended Complaint.

Having considered all moving and opposing papers, the arguments submitted by counsel, and all matters presented to this Court, and good cause appearing therefor, it is hereby ORDERED that Plaintiff's motion is GRANTED. Plaintiff is hereby granted leave to serve and file a Second Amended Complaint in the form attached as Exhibit A to the declaration of Misti Nelc in support of Plaintiff's motion for leave to amend.

Dated this 20th day of ~~April~~ MAY, 2002.

**BY THE COURT:**

Magistrate Judge Franklin L. Noel
United States District Court
For the District of Minnesota

2313944.1

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____