ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Digi International, Inc., a Delaware Corporation authorized to do business in Minnesota,<br><br>Plaintiff,<br><br>vs.<br><br>Stallion Technologies, Inc., a California Corporation,<br><br>Defendant. | Court File No. 00-2565 JRT/FLN<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULE** |

Pursuant to Local Rule 16.3, the parties, through their respective undersigned attorneys, hereby stipulate and agree that the May 28, 2002 Amended Pretrial Scheduling Order may be amended as follows:

| Description | Present Date | Stipulated Date |
|---|---|---|
| Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) and full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:<br>By both parties with respect to initial experts | July 1, 2002 | July 22, 2002 |
| Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) and full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:<br>By both parties with respect to rebuttal experts | August 1, 2002 | August 15, 2002 |

All other dates set forth on the May 28, 2002 Amended Pretrial Scheduling Order will remain the same. Counsel will respond to any questions the Court may have.

FILED JUL 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

July 1, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

Ernest W. Grumbles (#274793)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
(612) 607-7503 • (612) 607-7100 [fax]

Mark P. Wine

**MCDERMOTT, WILL & EMERY**
Mark Wine (#189981-CA)
Charles Rosenberg (*Pro Hac Vice*)
2049 Century Park East, 34th Floor
Los Angeles, California 90067
(310) 551-9322

July 1, 2002

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

David W. Beehler
William A. LeMire
Cole M. Fauver
Misti Nelc
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby Ordered that the Amended Pretrial Scheduling Order may be modified as stipulated.

Dated: July 2, 2002

Franklin L. Noel
United States Magistrate Judge