# UNITED STATES DISTRICT COURT

## District of Minnesota

Digi International, Incl.,

Plaintiff(s)

-vs- Civil Action 00-2565JRT/FLN

Stallion Technologies, Inc.,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Stallion Technologies, Inc.

this 12th day of July 2002.

RICHARD D. SLETTEN, CLERK

By Denise La Fond

Denise La Fond, Deputy Clerk