**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

DIGI INTERNATIONAL, INC.,

Plaintiff,

v.

STALLION TECHNOLOGIES, INC.,

Defendant.

Civil No. 00-2565 (JRT/FLN)

**ORDER OF REFERENCE**

Cole M. Fauver, ROBINS KAPLAN MILLER & CIRESI, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiff.

Ernest W. Grumbles, OPPENHEIMER WOLFF & DONNELLY, 45 South Seventh Street, Suite 3400, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant's motion to set aside entry of default [Docket No. 80] is referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiff is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: July 25, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED JUL 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________