UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Digi International, Inc.,

Plaintiff,

v.

Stallion Technologies, Inc.,

Defendant.

Civil No. 00-2565 JRT/FLN

**ORDER**

---

Cole M. Fauver, Esq., & Misti Nelc, Esq., for Plaintiff.
Ernest W. Grumbles III, Esq., & Mark Wine, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 20, 2002, on Plaintiff's Second Motion to Compel. Following oral argument, this Court granted Plaintiff's motion in its entirety and ordered Defendant to pay Plaintiff's reasonable expenses incurred in this motion, including attorneys' fees, under Fed. R. Civ. P. 37(a)(4) and Fed. R. Civ. P. 37(b)(2e).

On June 14, 2002, this Court received Plaintiff's counsel's affidavit requesting $21,308.41 in fees and costs incurred as a result of its Second Motion to Compel. After carefully reviewing the billing statements submitted, this Court finds that $21,308.41 for a discovery motion is unreasonable. Consequently, we have made several reductions and modifications. After taking these adjustments into account and considering the nature of the motion, this Court will order Defendant to remit $8,943.25 in fees and costs to Plaintiff's Counsel.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant remit $8,943.25 in fees and costs to Plaintiff's Counsel on or before September 15, 2002.

FILED AUG 2 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: Aug 28, 2002.

Franklin L. Noel

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE