UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Digi International, Inc., Civil No. 00-2565 JRT/FLN

Plaintiff,

v. **ORDER**

Stallion Technologies, Inc.,

Defendant.

---

Cole M. Fauver, Esq., & Misti Nelc, Esq., for Plaintiff.
Ernest W. Grumbles III, Esq., & Mark Wine, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on August 13, 2002, on Plaintiff's Motion For Sanctions For Defendant's Failure to Comply with this Court's May 20, 2002, Order [#60].

On May 20, 2002, this Court heard and granted Plaintiffs' Second Motion to Compel in its entirety. We also orally ordered Defendant to produce all outstanding discovery that was the subject of Plaintiff's Second Motion to Compel on or before June 1, 2002. Defendant failed to comply with this Court's directive until June 13, 2002, and only after Plaintiff filed the instant motion.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion For Sanctions For Defendant's Failure to Comply with this Court's May 20, 2002, Order [#60] is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Insofar as the Motion seeks **REASONABLE** expenses incurred as a result of Defendant's failure to comply with this Court's May 20, 2002, Order, it is **GRANTED**. On or before September 15, 2002, Plaintiff's counsel shall submit an affidavit detailing expenses incurred in connection with the making of this motion. Upon receipt and consideration of these expenses, this Court will issue an Order directing Defendant to pay all of Plaintiff's reasonable expenses;

AUG 2 [illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The Motion is **DENIED** in all other respects.

DATED: Aug 28, 2002.

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE