UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Digi International, Inc.,

Plaintiff,

v.

Stallion Technologies, Inc.,

Defendant.

Civil 00-2565 JRT/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 28, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that the Court Clerk is directed to set aside the default which was entered in this matter on July 12, 2002.

DATED: 9/20, 2002.

JUDGE JOHN R. TUNHEIM
United States District Court