UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Digi International, Inc., Civil 00-2565 JRT/FLN

Plaintiff,

v. ORDER

Stallion Technologies, Inc.,

Defendant.

---

This matter came on for a hearing before the undersigned United States Magistrate Judge on August 13, 2002, on Plaintiff's Motion for Sanctions for Defendant's Failure to Comply with the Court's order of May 20, 2002. Following oral argument, this Court granted Plaintiff's motion in part by ordering Defendant to pay Plaintiff's reasonable expenses including attorneys' fees, incurred in the making of this motion. See Fed.R.Civ.P. 37(a)(4). The Court ordered Plaintiff's counsel to submit an affidavit setting forth their fees and expenses. On September 13 counsel filed an affidavit seeking $7,395.88 in fees and expenses.

After carefully reviewing the billing statements submitted, this Court finds that a reasonable fee for making the motion for sanctions is $3,381.88.

Based upon the files, records, and proceedings herein, IT IS HEREBY ORDERED that Defendant remit $3,381.88 in fees and costs to Plaintiff's counsel on or before December 1, 2002.

DATED: Oct 30, 2002.

Frank L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge

FILED OCT 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK